Filed 6/16/26  P. v. Polidore CA4/1
## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>KENNETH POLIDORE,<br><br>    Defendant and Appellant. | D085222<br><br><br>(Super. Ct. No. SCN451236) |

APPEAL from judgment of the Superior Court of San Diego County, Anthony J. Campagna, Judge.  Affirmed.

Ariana D'Agostino, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.


Kenneth Polidore appeals from his burglary conviction.  His appointed appellate counsel filed an opening brief raising no arguable issues pursuant to *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738; Polidore did not file a supplemental brief on his own behalf.

Our independent review confirms there are no arguable issues on appeal.  We therefore affirm the conviction.

FACTUAL AND PROCEDURAL BACKGROUND

Early in the morning on January 11, 2024, Polidore went to a home in Carlsbad that was being renovated and entered the premises.  The house has two stories and two built-in accessory dwelling units:  one above the garage and one in the rear of the home.  The home's owner was living in the rear unit at the time while other parts of the house were being renovated.  Around 6:00 a.m. the owner observed Polidore walking around her backyard and attempting to get into a locked shed.  The owner also heard Polidore inside the laundry room which shared a wall with the rear dwelling unit.  The owner called the police, who encountered Polidore in the driveway holding a dish towel that came from inside the laundry room.  The officers arrested Polidore.

The San Diego District Attorney's Office charged Polidore with first degree burglary (Pen. Code,[1] §§ 459, 460, subd. (a)).  Prosecutors alleged that someone other than an accomplice was present during the crime (§ 667.5, subd. (c)(21)), which was committed while Polidore was released from custody on bail (§ 12022.1, subd. (b)).

A jury found Polidore guilty, determining that a non-accomplice was present during the offense.  The trial court found the out-on-bail allegation true at a bifurcated bench trial, but struck the punishment for that enhancement.  The trial court imposed the lower term of two years in prison for the burglary.

---

[1]     All undesignated section references are to the Penal Code.

2

Polidore filed a timely notice of appeal. His appointed appellate counsel filed an opening brief raising no issues and asking us to review the record for error under *Wende* and *Anders*. Counsel identified four potential issues to assist us in our independent review: (1) whether the trial court improperly denied Polidore's section 1118.1 motion for acquittal; (2) whether the prosecution committed prejudicial *Griffin*[2] error; (3) whether the trial court erred in refusing to continue trial after denying Polidore's *Marsden*[3] motion; and (4) whether the trial court should have instructed the jury on trespass as a lesser included offense of burglary. Polidore has not filed a supplemental brief despite his counsel and this court informing him of his right to do so.

## DISCUSSION

We have reviewed the entire record as required by *Wende* and *Anders*, and considered the issues identified by Polidore's counsel. We find no arguable issue that would result in a reversal or modification of the judgment. We therefore affirm the judgment. Competent counsel has represented Polidore on this appeal.

---

2    *Griffin v. California* (1965) 380 U.S. 609.

3    *People v. Marsden* (1970) 2 Cal.3d 118.

## DISPOSITION

The judgment is affirmed.


RUBIN, J.

WE CONCUR:


McCONNELL, P. J.


O'ROURKE, J.